ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MARJA-LIISA OVERBECK (CABN 261707)
LEIF DAUTCH (CABN 283975)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7124
    FAX: (415) 436-7234
    mari.overbeck@usdoj.gov
    leif.dautch@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | **CASE NO. CR 21-00328 YGR** |
|---|---|---|
| Plaintiff, | ) | ~~**JOINT PROPOSED**~~ **TRIAL SCHEDULE** |
| v. | ) | |
| JUAN SOTO, | ) | |
| Defendant. | ) | |

| Event | Deadline |
|---|---|
| Attorneys' Eyes Only Disclosure of Cooperator Discovery | December 8, 2023 |
| Rule 12.3 Notice, Discovery Motion, Motion for Bill of Particulars | Motions: February 12, 2024<br>Oppositions: March 7, 2024<br>Replies: March 20, 2024<br>Hearing: March 28, 2024 |
| Exhibit and Witness Lists | April 1, 2024 |
| Expert Disclosures | Affirmative Disclosures: April 18, 2024<br><br>Rebuttal Disclosures: May 15, 2024 |
| Motion to Dismiss, Motion to Suppress | Motions: April 1, 2024<br>Oppositions: April 18, 2024<br>Replies: April 25, 2024<br>Hearing: May 2, 2024 |
| Government Discovery Cutoff Deadline | August 15, 2024 |
| Proposed Additions to the Standard Survey Monkey Questionnaire | August 26, 2024 |
| First Pretrial Conference | August 29, 2024 |
| AEO De-Designation, Jencks Act Disclosures | September 7, 2024 |
| Motions in Limine, Daubert Motions | Motions: August 29, 2024<br>Oppositions: September 12, 2024<br>Replies: September 19, 2024<br>Hearing: September 26, 2024 |
| Joint Pretrial Conference Statement<br>Proposed Verdict Form<br>Proposed Jury Instructions | September 23, 2024 |
| Hearing and Second Trial Conference | September 26, 2024 |
| Third Pretrial Conference | October 17, 2024 |
| Trial | November 4, 2024 |

1  DATED: November 13, 2023                    Respectfully submitted,

2                                              ISMAIL J. RAMSEY
3                                              United States Attorney

4                                                      /s/
                                               MARJA-LIISA OVERBECK
5                                              LEIF DAUTCH
                                               Assistant United States Attorneys
6

7

8  DATED: November 13, 2023                            /s/
                                               JOHN T. PHILIPSBORN
9                                              Counsel for Defendant Juan Soto

10

11

12     Dated: November 27, 2023

GRANTED

Judge Yvonne Gonzalez Rogers

United States District Court, Northern District of California