JOHN T. PHILIPSBORN, ESQ. - SBN 83944
Law Offices of JOHN T. PHILIPSBORN
507 Polk Street, Suite 350
San Francisco, CA 94102
(415) 771-3801
jphilipsbo@aol.com

Attorney for JUAN SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID CERVANTES, et al.,<br><br>Defendants. | Case No. 21-CR-00328-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE STATUS CONFERENCE AND TO SET NEW DATE FOR ENTRY OF PLEA OR STATUS CONFERENCE**<br><br>**Current Date:**         August 29, 2024<br>**[Proposed] New Date:** September 26, 2024<br><br>**Dept.:**   The Honorable Yvonne Gonzalez Rogers, District Judge |

TO THIS HONORABLE COURT:

Counsel for the Government and for Juan Soto, pursuant to on-going negotiations, hereby respectfully request that this Court reschedule the First Pretrial Conference, currently set for August 29th, 2024 at 2:00 p.m. (Doc. 1016), to September 26th, 2024, at a time to be set by the Court, for entry of a guilty plea and a Status Conference.

## STIPULATION

IT IS HEREBY STIPULATED by counsel for the Government and counsel for Juan Soto that the First Pretrial Conference set by the Court to take place on August 29th, 2024

as a result of the Court's Scheduling Order of November 27, 2023 (Doc. 1016), shall be rescheduled as a hearing for the entry of a guilty plea by Mr. Soto, or as a Status Conference, to take place on September 26th, 2024, at a time to be set by this Court.

THROUGH COUNSEL OF RECORD, IT IS SO STIPULATED.

DATED: August 26th, 2024                    Respectfully Submitted,

MARTHA BOERSCH
Chief, Criminal Division
Office of the United States Attorney

_____//s//*Leif Dautch*_____
LEIF DAUTCH
*Assistant United States Attorney*

DATED: August 26th, 2024                    Respectfully Submitted,

COUNSEL FOR JUAN SOTO

_____//s// *John T. Philipsborn*_____
JOHN T. PHILIPSBORN
*Counsel for Juan Soto*

## ORDER ACCEPTING STIPULATION

Having considered the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the First Pretrial Conference, set on August 29th, 2024, shall be rescheduled to September 26th, 2024, at ____ __.m., for entry of a guilty plea or Status Conference.

DATED: _____          **SO ORDERED.**

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

2
**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE STATUS CONFERENCE AND TO SET NEW DATE FOR ENTRY OF PLEA OR STATUS CONFERENCE**