UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** September 16, 2024    **Time:** 19 minutes    **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 21-cr-328-YGR-12    **Case Name:** UNITED STATES v. Juan Soto

**Attorney for Plaintiff:** Leif Dautch; via Zoom
**Attorney for Defendant:** John Philipsborn; via Zoom
**Defendant:** Juan Soto  [ ] Present   [ X ] Not Present
**Defendant's Custodial Status:** [ X ] In Custody  [ ] Not in Custody

**Deputy Clerk:** Edwin Angelo A. Cuenco    **Reported by:** Not Reported

### PROCEEDINGS

Status Conference – Held via Zoom.

Parties are ordered to meet and confer and to file a stipulated scheduling request.