UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 3, 2024        **Time:** 1 Hour 1 Minute        **Judge:** YVONNE GONZALEZ ROGERS
**Case No.:** 21-cr-328-YGR-12        **Case Name:** UNITED STATES v. Juan Soto

**Attorney for Plaintiff:** Leif Dautch
**Attorney for Defendant:** John Timothy Philipsborn
**Defendant:** Juan Soto [ X ] Present  [  ] Not Present
**Defendant's Custodial Status:** [ X ] In Custody  [  ] Not in Custody

**Deputy Clerk:** Edwin Angelo A. Cuenco        **Reported by:** Raynee Mercado

## PROCEEDINGS

Change of Plea and Sentencing – Held.

The Court grants the joint motion to file docket no. 1621 and 1631 under seal. The motion to withdraw docket no. 1189 is granted.

The defendant is sworn. The Plea Agreement is signed and filed in court. The Court found a factual basis for the plea. The defendant enters a plea of guilty as to Count Two of the Superseding Information. The plea is accepted by the Court. The defendant is adjudged guilty of the offense.

The defendant is committed to the custody of the Bureau of Prisons for a term of 36 months with credit for time served. 3 years supervised release with the standard and special conditions as stated on the record. The defendant shall pay a special assessment in the amount of $100.00. The Court orders the fine waived.

The Court grants the Government's motion to dismiss count one of the Superseding Information.

Parties are ordered to meet and confer and file a stipulation re disclosure of information to the defendant's State case lawyer.