MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MATTHEW M. YELOVICH (NYBN 4897013)
Deputy Chief, Criminal Division

MARJA-LIISA OVERBECK (CABN 261707)
LEIF DAUTCH (CABN 283975)
ASEEM PADUKONE (CABN 298812)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    mari.overbeck@usdoj.gov
    leif.dautch@usdoj.gov
    aseem.padukone@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID CERVANTES, et al.<br><br>    Defendants. | **CASE NO. 21-CR-328-YGR**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DUANE JOSEPH JEFFERSON** |

On January 24, 2022, the United States Attorney's Office for the Northern District of California issued a grand jury subpoena for Duane Joseph Jefferson. Given that Jefferson was an inmate at Pleasant Valley State Prison at the time, the government also obtained a writ of habeas corpus ad testificandum for Jefferson, which was signed by the Honorable Virginia K. DeMarchi on January 28, 2022. *See* CR 22-90096-MISC-VKD. The writ directed state officials at Pleasant Valley State Prison and the United States Marshals to make Jefferson available "for all future proceedings in this matter" until "the termination of the proceedings in this Court." *Id.*

Jefferson testified as a witness in the above-captioned trial on August 1 and August 5, 2024.  The jury returned its verdict on September 26, 2024.  Having testified at trial, and not facing federal charges himself, counsel for the United States and counsel for Jefferson agree that "the proceedings in this Court" involving Jefferson have now terminated, and the need for the writ ad testificandum has extinguished.

Therefore, the parties jointly request that the writ ad testificandum be deemed satisfied, and that the United States Marshals and/or the Federal Bureau of Investigation be authorized to transfer Jefferson into the custody of the California Department of Corrections and Rehabilitation for service of the remainder of his state prison term.

IT IS SO STIPULATED.

DATED:  October 9, 2024

Respectfully submitted,

MARTHA BOERSCH
Criminal Chief

_____/s/_____
LEIF DAUTCH
Assistant United States Attorney

DATED:  October 9, 2024

_____/s/_____
DAVID R. CALLAWAY
Counsel for Duane Joseph Jefferson

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation and for good cause shown, the Court hereby ORDERS as follows:

(1)    Duane Joseph Jefferson having testified in the trial of the above-captioned case, the writ of habeas corpus ad testificandum issued on January 28, 2022 is deemed fulfilled.

(2)    The U.S. Marshal and/or Federal Bureau of Investigation is authorized to transfer Duane Joseph Jefferson into the custody of the California Department of Corrections and Rehabilitation as soon as practicable.

**IT IS SO ORDERED.**

DATED:                                                    _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge