1  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
2
   MATTHEW M. YELOVICH (NYBN 4897013)
3  Deputy Chief, Criminal Division

4  MARJA-LIISA OVERBECK (CABN 261707)
   LEIF DAUTCH (CABN 283975)
5  ASEEM PADUKONE (CABN 298812)
   Assistant United States Attorneys
6
         450 Golden Gate Avenue, Box 36055
7        San Francisco, California 94102-3495
         Telephone: (415) 436-7200
8        FAX: (415) 436-7234
         mari.overbeck@usdoj.gov
9        leif.dautch@usdoj.gov
         aseem.padukone@usdoj.gov
10
   Attorneys for United States of America
11
                          UNITED STATES DISTRICT COURT
12
                         NORTHERN DISTRICT OF CALIFORNIA
13
                                  OAKLAND DIVISION
14

15 | UNITED STATES OF AMERICA,       )   CASE NO. 21-CR-328-YGR
                                    )
16 |       Plaintiff,                )   STIPULATION AND [PROPOSED] ORDER
                                    )   REGARDING DUANE JOSEPH JEFFERSON
17 |    v.                           )
                                    )
18 | DAVID CERVANTES, et al.         )
                                    )
19 |       Defendants.               )
                                    )
20 |_____  )

21

22     On January 24, 2022, the United States Attorney's Office for the Northern District of California

23 issued a grand jury subpoena for Duane Joseph Jefferson. Given that Jefferson was an inmate at

24 Pleasant Valley State Prison at the time, the government also obtained a writ of habeas corpus ad

25 testificandum for Jefferson, which was signed by the Honorable Virginia K. DeMarchi on January 28,

26 2022. *See* CR 22-90096-MISC-VKD. The writ directed state officials at Pleasant Valley State Prison

27 and the United States Marshals to make Jefferson available "for all future proceedings in this matter"

28 until "the termination of the proceedings in this Court." *Id*.

1  Jefferson testified as a witness in the above-captioned trial on August 1 and August 5, 2024. The
2  jury returned its verdict on September 26, 2024. Having testified at trial, and not facing federal charges
3  himself, counsel for the United States and counsel for Jefferson agree that "the proceedings in this
4  Court" involving Jefferson have now terminated, and the need for the writ ad testificandum has
5  extinguished.
6  Therefore, the parties jointly request that the writ ad testificandum be deemed satisfied, and that
7  the United States Marshals and/or the Federal Bureau of Investigation be authorized to transfer Jefferson
8  into the custody of the California Department of Corrections and Rehabilitation for service of the
9  remainder of his state prison term.
10  IT IS SO STIPULATED.
11  DATED: October 9, 2024                                    Respectfully submitted,

MARTHA BOERSCH
Criminal Chief

_____/s/_____
LEIF DAUTCH
Assistant United States Attorney

DATED: October 9, 2024                                     _____/s/_____
DAVID R. CALLAWAY
Counsel for Duane Joseph Jefferson

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation and for good cause shown, the Court hereby ORDERS as follows:

(1) Duane Joseph Jefferson having testified in the trial of the above-captioned case, the writ of habeas corpus ad testificandum issued on January 28, 2022 is deemed fulfilled.

(2) The U.S. Marshal and/or Federal Bureau of Investigation is authorized to transfer Duane Joseph Jefferson into the custody of the California Department of Corrections and Rehabilitation as soon as practicable.

**IT IS SO ORDERED.**

DATED: October 9, 2024

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge