# EXHIBIT A

| | |
|---|---|
| **From:** | Dautch, Leif (USACAN) |
| **To:** | John T. Philipsborn 415█████1, ████████████ San Francisco, CA 94102 |
| **Subject:** | RE: [EXTERNAL] Re: Juan Soto |
| **Date:** | Tuesday, November 12, 2024 1:44:00 PM |

John,

I'm available until 3:30pm PST if you're able to call my cell before then: 415-█████████.

These are the 5 categories of documents I think the trial group is particularly interested in:

**Soto** ███████████████████████████
306: ████████████████████
315: ██████████████████████████
319: ██████████████
326: ████████████████████
340: ████████████████████

**Soto's** ████████████████████████████████
408: ██████████████████████████████
456: ██████████████████
████████████████████████
510: ██████████████████

████████████████████████████
754: ████████████████████
791: ██████████████████████████
909: ████████████
918: ████████████████████████████

████████████████████████████████████
1228: ██████████████████
1278: ████████████████████
1319: ████████████████████████
1333: ████████████████████████

████████
1657: ██████████████
1659: ██████████████

**Leif M. Dautch**
Assistant United States Attorney
Organized Crime Strike Force

████████████████████
████████████████

**From:** John T. Philipsborn 415-███████████████, San Francisco, CA 94102 ███████████>
**Sent:** Tuesday, November 12, 2024 12:37 PM
**To:** Dautch, Leif (USACAN) ███████████████>
**Subject:** [EXTERNAL] Re: Juan Soto

Leif,

I'm in New York on a case. I can call you at some point this afternoon when we have a recess. I won't have a lot of time. The short of it is that I am concerned about the releasing of information concerning Juan Soto-- including sealed exhibits, a number of which did not come from the government's investigation.

I'll try to watch for your response

John

John Philipsborn
███████████████
San Francisco CA  94102
███████████

**Please Note:  This message is intended for the individual or entity addressee and contains information which is privileged, confidential and exempt from disclosure under applicable laws.  If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify me immediately by telephone ███████████ or by email.**

On Tuesday, November 12, 2024 at 10:16:08 AM PST, Dautch, Leif (USACAN) <███████████████> wrote:

> Hi John,
>
> The Cervantes trial group has requested an Attorneys-Eyes-Only production of various sealed filings from Juan Soto's case, including the motions to dismiss. I'm hoping to discuss that with you in advance of a status hearing with YGR this week.
>
> Give me a call at either number below when you have a chance.
>
> Thanks,
>
> Leif

**Leif M. Dautch**

Assistant United States Attorney

U.S. Attorney's Office, Northern District of California



San Francisco, CA 94102