ERIK BABCOCK
SHAWN HALBERT
420 Third Street - Suite 250
Oakland, CA 94607
Tel: (510) 452-8400
erik@babcocklawoffice.com

Counsel for Defendant Perez[1]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** 21–CR-00328 YGR |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER SCHEDULING BRIEFING** |
| v. | |
| DAVID CERVANTES, JAMES PEREZ, GUILLERMO SOLORIO, and GEORGE FRANCO, | |
| Defendants. | |

Pursuant to the Court's order at Dkt #1695, the parties have met and conferred about a briefing schedule for the issues raised at Dkt # 1692. The parties propose to file briefs as follows:

Trial Defendant:                December 3, 2024

Counsel for Def Soto:           December 10, 2024

Government (if necessary):      December 12, 2024

   SO STIPULATED:
Dated: 11/26/2024

                                        /s/
                                    LEIF DAUTCH
                                    Assistant U.S. Attorney

---

[1] Refer to the signature page for a complete list of counsel and parties.

STIP AND ORDER RE BRIEFING)
*CERVANTES*, CR 21–CR-00328 YGR

1

Dated: 11/26/2024

/s/
ERIK BABCOCK
SHAWN HALBERT
Attorneys for James Perez

/s/
JOHN PAUL REICHMUTH
Attorney for David Cervantes

/s/
BRIAN GETZ
Attorney for Guillermo Solorio

/s/
MARSANNE WEESE
NATHANIEL TORRES
Attorney for George Franco

/s/
JOHN PHILIPSBORN
Attorney for Juan Soto

**PROPOSED ORDER**

IT IS SO ORDERED.

Dated:

HON. YVONNE GONZALEZ ROGERS
United States District Judge