MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

RAVI NARAYAN (LABN 331858)
Deputy Chief, Criminal Division

MARJA-LIISA OVERBECK (CABN 261707)
LEIF DAUTCH (CABN 283975)
ASEEM PADUKONE (CABN 298812)

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    mari.overbeck@usdoj.gov
    leif.dautch@usdoj.gov
    aseem.padukone@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 21-CR-328 YGR |
|---|---|---|
| Plaintiff, | ) | MANUAL FILING NOTIFICATION |
| v. | ) | |
| DAVID CERVANTES, ET AL, | ) | |
| Defendants. | ) | |

## MANUAL FILING NOTIFICATION

<u>Regarding</u>:   Admitted exhibits audio files numbers: 160, 376, 378, 381-383, 386, 396, 398-402, 404, 406, 408-412, 414, 415, 419, 420, 423, 426, 430-447, 451, 452, 454, 455, 480, 482, 483

This filing is in paper or physical form only and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main


MANUAL FILING NOTIFICATION    1
21-CR-328 YGR

website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reasons(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description)

_X_ Non-Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description)

DATED: December 11, 2024.                    Respectfully submitted,

                                             MARTHA BOERSCH
                                             Chief, Criminal Division


                                             _____/s/_____
                                             MARJA-LIISA OVERBECK
                                             LEIF DAUTCH
                                             ASEEM PADUKONE
                                             Assistant United States Attorneys